UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:16-00020-04 |
| VERSUS | * | JUDGE WALTER |
| SANDRA L. GREENE (04) | * | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. The defendant waived the fourteen day period within which to file written objections. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

The guilty plea of the defendant, Sandra L. Greene, is **ACCEPTED** in accordance with the terms of the plea agreement filed in the record of these proceedings. **IT IS THEREFORE ORDERED** that Sandra L. Greene is finally adjudged guilty of the offense charged in Count One of the Bill of Information.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 9th day of May, 2016.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE